SO ORDERED,

*Jamie A. Wilson*

Judge Jamie A. Wilson
United States Bankruptcy Judge
Date Signed: May 13, 2026

**The Order of the Court is set forth below. The docket reflects the date entered.**

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                              CHAPTER 13 NO.:

ANTHONY ANTONIO JONES                                         24-01587 – JAW

### AGREED ORDER

THIS CAUSE came before the Court on the Trustee's Motion to Dismiss (DK # 91) and the Debtor's Response (DK # 92; and the parties agree as follows:

THAT, the Trustee's Motion to Dismiss is denied.

THAT, the Debtor shall pay the Trustee $7,000.00 on or before June 5, 2026, or this case shall be dismissed without further notice or hearing.

THAT, if paid, the Debtor's wage deduction order shall be amended to a sum sufficient to afford completion within the remaining plan term.

THAT, the post-petition mortgage through May 2026 shall be paid on an altered basis with the post-petition mortgage to resume June 1, 2026.

THAT, this Order shall not become final for a period of 21 days, giving the affected creditors opportunity to object to the entering of same.

THAT, the Trustee shall mail a copy of this Order to all affected creditors and their attorneys if known and file a certificate of service with the Court.

### ##END OF ORDER##

AGREED:

/s/ Justin B. Jones                                    /s/ Thomas C. Rollins, Jr.
JUSTIN B. JONES – MSB # 103295                          THOMAS C. ROLLINS, JR.
ATTORNEY FOR TRUSTEE                                     ATTORNEY FOR DEBTOR
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE:  601/362-6161
FAX: 601/362-8826
E-MAIL: HJB@HBARKLEY13.COM