United States Bankruptcy Court

Southern District of Mississippi

In re:

Anthony Antonio Jones

Debtor

Case No. 24-01587-JAW

Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 1 of 2 |
| Date Rcvd: May 13, 2026 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 15, 2026:**

**Recip ID                Recipient Name and Address**
db                + Anthony Antonio Jones, 119 Bainbridge Bend, Canton, MS 39046-6008

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2026                Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 13, 2026 at the address(es) listed below:**

**Name                        Email Address**

Charles F. F. Barbour
                on behalf of Creditor Fifth Third Bank  National Association cbarbour@blswlaw.com

Charles Frank Fair Barbour
                on behalf of Creditor Carrington Mortgage Services  LLC cbarbour@underwoodlawfirm.com,
                bankruptcies@underwoodlawfirm.com

Harold J. Barkley, Jr.
                on behalf of Trustee Harold J. Barkley  Jr. HJB@HBarkley13.com,
                hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com

Harold J. Barkley, Jr.
                HJB@HBarkley13.com  hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com

Thomas Carl Rollins, Jr
                on behalf of Debtor Anthony Antonio Jones trollins@therollinsfirm.com
                jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

District/off: 0538-3                          User: mssbad                              Page 2 of 2
Date Rcvd: May 13, 2026                       Form ID: pdf012                           Total Noticed: 1

Thomas Carl Rollins, Jr
                        on behalf of Plaintiff Anthony Antonio Jones trollins@therollinsfirm.com
                        jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea
                        nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
                        USTPRegion05.JA.ECF@usdoj.gov


TOTAL: 7



SO ORDERED,

*Jamie A. Wilson*

Judge Jamie A. Wilson
United States Bankruptcy Judge
Date Signed: May 13, 2026

**The Order of the Court is set forth below. The docket reflects the date entered.**

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                    CHAPTER 13 NO.:

ANTHONY ANTONIO JONES                      24-01587 – JAW

## AGREED ORDER

THIS CAUSE came before the Court on the Trustee's Motion to Dismiss (DK # 91) and the Debtor's Response (DK # 92; and the parties agree as follows:

THAT, the Trustee's Motion to Dismiss is denied.

THAT, the Debtor shall pay the Trustee $7,000.00 on or before June 5, 2026, or this case shall be dismissed without further notice or hearing.

THAT, if paid, the Debtor's wage deduction order shall be amended to a sum sufficient to afford completion within the remaining plan term.

THAT, the post-petition mortgage through May 2026 shall be paid on an altered basis with the post-petition mortgage to resume June 1, 2026.

THAT, this Order shall not become final for a period of 21 days, giving the affected creditors opportunity to object to the entering of same.

THAT, the Trustee shall mail a copy of this Order to all affected creditors and their attorneys if known and file a certificate of service with the Court.

**##END OF ORDER##**

AGREED:

/s/ Justin B. Jones
JUSTIN B. JONES – MSB # 103295
ATTORNEY FOR TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: 601/362-6161
FAX: 601/362-8826
E-MAIL: HJB@HBARKLEY13.COM

/s/ Thomas C. Rollins, Jr.
THOMAS C. ROLLINS, JR.
ATTORNEY FOR DEBTOR